| | |
|---|---|
| WEISS WEISS NEWARK & <br>   NEWARK LAW FIRM <br> RICHARD C. NEWARK, ESQ. <br> Nevada Bar #002763 <br> NARRAH F. NEWARK, ESQ. <br> Nevada Bar #008201 <br> 2300 W. Sahara #500, Box 34 <br> Las Vegas, NV 89102 <br> (702) 933-5500 <br> Fax: (702) 933-4167 <br> E-mail: bk@weiss-weiss.com <br> Attorneys for Debtor(s) | E-filed on May 27, 2009 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: <br> **LLOYD J. WHITE** <br> **BERNADETTE WHITE** <br><br> Debtor(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 13 Proceedings <br> Case No. 08-10111-mkn <br><br> **APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (ATTORNEY FEES - $950.00; COSTS - $289.00)** <br><br> **DATE:** 7/9/09 <br> **TIME:** 3:30 p.m. |

1. **INCORPORATION OF CHAPTER 13 GUIDELINES**: This application incorporates the Chapter 13 Guidelines for application for attorney's fees and reimbursement of expenses.

2. **APPLICANTS' REPRESENTATIONS:** The undersigned applicant hereby represents: (a) that all basic services have been satisfactorily performed and basic fees and expenses earned (if applicable); (b) that this application seeks only fees and expenses for services rendered in addition to basic services and expenses (if applicable); (c) that the fees and expenses sought in this application will not be shared with any other entity; (d) that unless otherwise explained, the plan is viable and approval of this application will not render plan inviable or have a substantial affect on the distribution to general unsecured creditors; (e) that unless otherwise explained below, applicant reasonably believes that this is not a final application for fees and expenses. Unexpected additional work may be necessary; and (f) the Debtor(s)'s Chapter 13 plan was confirmed on <u>February 5, 2009.</u>

3. **COMPENSATION AND EXPENSES SOUGHT IN THIS APPLICATION:** This application seeks additional compensation and expenses in the amount of $<u>1,239.00</u> as detailed in the Affidavit in Support filed concurrently with this Application.

4. **NARRATIVE DESCRIPTION OF COMPENSATION SOUGHT IN THIS APPLICATION:** This application seeks compensation and expenses for the following services.

```
(     )      Additional claims resolution
(     )      Motion to lift stay
( XXX )      Modified plan #  3
```

|   |   | ( ) | Motion to Dismiss |
|---|---|---|---|
|   |   | ( ) | Other: Motion to Retain Refund |

5. **TOTAL FEES AND EXPENSES:** The total fees and expenses sought in this case are as follows:

    a.    Fees and expenses for basic services:    $4,500.00
    b.    Additional fees approved by the Court:
        (1)    Order dated_____    $_____
        (2)    Order dated_____    $_____
    c.    Fees and expenses sought in this
        application:    $1,239.00
    d.    Total fees and expenses sought in
        this case:    $5,739.00

6. **PAID BY DEBTOR:** The Debtor(s) has paid directly to attorney for Debtor(s) the sum of $1,500.00 for attorney's fees and $ 274.00 for filing fees. The Chapter 13 Trustee has paid or will pay all fees and expenses previously ordered by the Court plus fees approved in this application. The fees sought will not decrease any distribution to creditors although it may suspend payment to creditors.

DATED: May 27, 2009.

WEISS WEISS NEWARK & NEWARK LAW FIRM

By: /s/ NARRAH F. NEWARK
      NARRAH F. NEWARK, ESQ.
      Attorney for Debtor(s)