1  NEWARK & NEWARK LAW FIRM
   RICHARD C. NEWARK, ESQ.
2  Nevada Bar #002763
   NARRAH F. NEWARK, ESQ.
3  Nevada Bar #008201
   201 Las Vegas Blvd., S., #350                E-filed on January 13, 2010
4  Las Vegas, NV 89101
   (702) 888-2525
5  Fax: (702) 888-2526
   E-mail: bk@nnbklaw.com
6  Attorneys for Debtor(s)

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                           **DISTRICT OF NEVADA**

10
    In re:                              )   Chapter 13 Proceedings
11                                      )   Case No. 08-10111-mkn
    **LLOYD WHITE**                     )
12  **BERNADETTE WHITE**                )   **APPLICATION FOR COMPENSATION**
                                        )   **AND REIMBURSEMENT OF**
13                                      )   **EXPENSES (ATTORNEY FEES -**
                                        **)**  **$950.00; COSTS - $304.00)**
14             Debtor(s).               )
                                        )   DATE:     02/18/2010
15  _____ )   TIME:     2:30 p.m.

16  1.    **INCORPORATION OF CHAPTER 13 GUIDELINES**: This application incorporates
    the Chapter 13 Guidelines for application for attorney's fees and reimbursement of
17  expenses.

18  2.    **APPLICANTS' REPRESENTATIONS:** The undersigned applicant hereby
    represents: (a) that all basic services have been satisfactorily performed and basic fees
19  and expenses earned (if applicable); (b) that this application seeks only fees and expenses
    for services rendered in addition to basic services and expenses (if applicable); (c) that the
20  fees and expenses sought in this application will not be shared with any other entity; (d)
    that unless otherwise explained, the plan is viable and approval of this application will not
21  render plan inviable or have a substantial affect on the distribution to general unsecured
    creditors; (e) that unless otherwise explained below, applicant reasonably believes that this
22  is not a final application for fees and expenses. Unexpected additional work may be
    necessary; and (f) the Debtor(s)'s Chapter 13 plan was confirmed on December 22, 2009.
23
    3.    **COMPENSATION AND EXPENSES SOUGHT IN THIS APPLICATION:** This
24  application seeks additional compensation and expenses in the amount of $1,254.00  as
    detailed in the Affidavit in Support filed concurrently with this Application.
25
    4.    **NARRATIVE DESCRIPTION OF COMPENSATION SOUGHT IN THIS**
26  **APPLICATION:** This application seeks compensation and expenses for the following
    services.
27
                (    )       Additional claims resolution
28              (    )       Motion to lift stay
                ( XXX )      Modified plan #  4

|   |   | ( ) | Motion to Dismiss |
|---|---|---|---|
|   |   | ( ) | Other: |

5. **TOTAL FEES AND EXPENSES:** The total fees and expenses sought in this case are as follows:

|   |   |   |
|---|---|---|
| a. | Fees and expenses for basic services: | $4,500.00 |
| b. | Additional fees approved by the Court: |   |
|    | (1) Order dated 09/14/2009 | $1,239.00 |
|    | (2) Order dated_____ | $_____ |
|    | (3) Order dated_____ | $ |
| c. | Fees and expenses sought in this application: | $ 1,254.00 |
| d. | Total fees and expenses sought in this case: | $ 6,993.00 |

6. **PAID BY DEBTOR:** The Debtor(s) has paid directly to attorney for Debtor(s) the sum of $1,500.00 for attorney's fees and $274.00 for filing fees. The Chapter 13 Trustee has paid or will pay all fees and expenses previously ordered by the Court plus fees approved in this application. The fees sought will not decrease any distribution to creditors although it may suspend payment to creditors.

DATED: January 13, 2010.

NEWARK & NEWARK LAW FIRM

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
Attorney for Debtor(s)

2