NEWARK & NEWARK LAW FIRM
RICHARD C. NEWARK, ESQ.
Nevada Bar #002763
NARRAH F. NEWARK, ESQ.
Nevada Bar #008201
201 Las Vegas Blvd., S., #350
Las Vegas, NV 89101
(702) 888-2525
Fax: (702) 888-2526
E-mail: bk@nnbklaw.com
Attorneys for Debtor(s)

E-filed on June 19, 2011

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**LLOYD J. WHITE**
**BERNADETTE WHITE**

Debtor(s).

Chapter 13 Proceedings
Case No. 08-10111-mkn

DATE: 8/1/2011
TIME: 2:30 p.m.

## AFFIDAVIT OF ATTORNEY IN SUPPORT OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### (ATTORNEY FEES -$1,023.00; COSTS - $453.00)

1. Services Rendered by NEWARK & NEWARK LAW FIRM re: Mod #5:

| Date | Description | Attorney R. Newark | N. Newark | Paralegal |
|---|---|---|---|---|
| 03-03-11 | Review file with paralegal due to Trustee's Notice of Default/Trustee's Motion to Dismiss; Claims Resolution; other | .50 | | |
| 03-07-11 | Consultation with clients re: Trustee notice of incorrect payment. IRS issues | N/C | | .15 |
| 03-10-11 | Check claims and review confirmed plan #4 | | | .25 |
| 03-10-11 | Draft modified plan | 1.00 | | |
| 03-10-11 | Review faxed financial documents | | | .15 |
| 03-10-11 | Prepared and ECF amended schedules I & J. Copy of documents to trustee | | | .45 |
| 03-10-11 | Letter to client directing when to re-start plan payments, when need appointment with attorney | | | .20 |
| 03-10-11 | Final review of modified plan. | | | .50 |
| 03-10-11 | Prepare Notice of confirmation hearing. File Notice and Modified plan #5 by ECF. | | | .30 |
| 03-10-11 | Mailing to all creditors and Court. Courtesy copy to Judge | | | .50 |
| 03-10-11 | Prepare Certificate of Service and file by ECF. | | | .20 |
| 04-01-11 | Reviewed Trustee's Opposition to mod plan | .05 | | |
| 04-11-11 | Call to clients re: tax returns and refunds. Status | | | .10 |
| 04-11-11 | Call to IRS re: information on 2008, 2009, and 2010 returns and refunds | | | .10 |

| Date | Description | R. Newark | N. Newark | Paralegal |
|---|---|---|---|---|
| 04-12-11 | Review status of mod plan with Trustee | | | .10 |
| 04-14-11 | Review file for confirmation Court appearance, and obtain continue date to 5/12/11 | | .50 | |
| 04-14-11 | Letter to client/call(s) with client re: confirmation continuance | | | .10 |
| 04-19-11 | Spoke with clients re: difficulties in getting information needed for mod plan from IRS | | | .10 |
| 05-05-11 | Reviewed all tax documents and IRS letters from clients Provided requested documents to Trustee | | | .10 |
| 05-09-11 | Review status of mod plan with Trustee | | | .10 |
| 05-12-11 | Review file for confirmation Court appearance, and confirmation hearing | | 1.00 | |
| 05-12-11 | Letter to client/call(s) with client re: confirmation hearing results | | | .10 |
| | SUBTOTAL: | 1.55 | 1.50 | 3.40 |

2.   **Services Rendered by NEWARK & NEWARK LAW FIRM re: Mod #6:**

| | | Attorney | | |
|---|---|---|---|---|
| Date | Description | R. Newark | N. Newark | Paralegal |
| 05-25-11 | Discussed added tax refunds to mod plan; impact to mod plan and payments with clients | | | .15 |
| 05-25-11 | Reviewed file for motion to retain refunds. Discussed with Trustee re: addition to a mod plan | | | .15 |
| 05-25-11 | Check claims and review confirmed plan #5 | | | .25 |
| 05-25-11 | Draft modified plan | 1.00 | | |
| 05-25-11 | Letter to client directing when to re-start plan payments, when need appointment with attorney | | | .20 |
| 05-25-11 | Final review of modified plan. | | | .50 |
| 05-25-11 | Prepare Notice of confirmation hearing. File Notice and Modified plan #6 by ECF. | | | .30 |
| 05-25-11 | Mailing to all creditors and Court. Courtesy copy to Judge | | | .50 |
| 05-25-11 | Prepare Certificate of Service and file by ECF. | | | .20 |
| PENDING | Review status of mod plan with Trustee | | | .10 |
| PENDING | Review file for confirmation Court appearance, and confirmation hearing | | 1.00 | |
| PENDING | Letter to client/call(s) with client re: confirmation results | | | .10 |
| | SUBTOTAL: | 1.00 | 1.00 | 2.45 |

3.   Motion to Retain 2008 + 2009 + 2010 Refunds on July 7, 2011:

| Date | Description | R. Newark | N. Newark | Paralegal |
|---|---|---|---|---|
| 05-25-11 | Reviewed client documentation for motion | N/C | | .10 |
| 05-25-11 | Review/Revise draft motion to retain | .50 | | |
| 05-25-11 | Preparation and ECF of Motion to Retain Tax Refund . | | | 1.50 |
| 05-25-11 | Preparation and ECF of Cert. Of Service. Mailings | | | .20 |
| PENDING | Review file and Appearance at hearing to retain tax refund | | 1.00 | |

2

| Date | Description | | | |
|---|---|---|---|---|
| PENDING | Review, revise Order from Court appearance | | .25 | |
| PENDING | Letter to client/call(s) with client re: prepared Order | | | .25 |
| | SUBTOTAL: | .50 | 1.25 | 2.05 |
| 06-19-11 | Prepare, review, revise Fee Application | | .25 | .70 |
| 06-19-11 | ECF Fee Application | | | .20 |
| 06-19-11 | Prepared Certificate of Service. ECF. Noticed. Mailing | | | .35 |
| | TOTAL: | 3.05 | 4.00 | 9.15 |

Attorney Richard Newark:   3.05 hrs. x $300.00 per hour =   $  915.00
Attorney Narrah Newark:   4.00 hrs. x $225.00 per hour =   $  900.00
Paralegal:                9.15 hrs. x $75.00 per hour =    $  686.25

TOTAL FEES                              =   $ 2,501.25

TOTAL FEES REQUESTED:                   =   $       1,023.00

Photocopies   (1,278 pages x .25/page)(3 mailings)  =   $  319.50
Postage       ( 3 mailings@ .44)                    =   $   93.72
Certified Postage (12 @3.29)                        =   $   39.48
Telephone                                           =   N/C
Fax                                                 =   N/C

TOTAL COSTS                             =   $  452.70

TOTAL COSTS REQUESTED:                  =   $        453.00

DATED: June 19, 2011.

                       NEWARK & NEWARK LAW FIRM

                       By: /s/ NARRAH F. NEWARK
                           NARRAH F. NEWARK, ESQ.
                           Attorney for Debtor(s)

## AFFIDAVIT OF ATTORNEY

The foregoing Attorney Fee Disclosure Statement is true and correct of my own knowledge.

Further your Affiant sayeth naught.

NARRAH F. NEWARK, ESQ.
NB #008201

Subscribed and Sworn to before me this 19 day of June, 2011.

NOTARY PUBLIC in and for said County and State

BETSY L. SMITH
NOTARY PUBLIC, STATE OF NEVADA
Date Appt. Exp.: 5-18-14
Certificate No.: 94-1104-1