| | |
|---|---|
| NEWARK & NEWARK LAW FIRM<br>RICHARD C. NEWARK, ESQ.<br>Nevada Bar #002763<br>NARRAH F. NEWARK, ESQ.<br>Nevada Bar #008201<br>201 Las Vegas Blvd., S., #350<br>Las Vegas, NV 89101<br>(702) 888-2525<br>Fax: (702) 888-2526<br>E-mail: bk@nnbklaw.com<br>Attorneys for Debtor(s) | E-filed on June 19, 2011 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**LLOYD J. WHITE**<br>**BERNADETTE WHITE**<br><br>                Debtor(s). | Chapter 13 Proceedings<br>Case No. 08-10111-mkn<br><br>DATE:       8/1/2011<br>TIME:        2:30 p.m.<br>EST. TIME:  5 min. |

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES  (ATTORNEY FEES -$1,023.00; COSTS - $453.00)**

TO:  ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that an APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES  (ATTORNEY FEES -$1,023.00; COSTS - $453.00) was filed on  June 19, 2011, by NEWARK & NEWARK LAW FIRM, Attorneys for Debtor(s), LLOYD WHITE and BERNADETTE WHITE.  This Motion seeks the following relief:  to have the Court award attorney's fees and costs requested by NEWARK & NEWARK LAW FIRM for post-confirmation legal services rendered on behalf of Debtor(s).  Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position,

set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014 (c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 2, Las Vegas, Nevada, on August 1, 2011, at the hour of 2:30 p.m.

NOTICE IS FURTHER GIVEN that approval of this Application may result in the suspension of payments to creditors while the administrative claim for compensation is being paid by the Chapter 13 Trustee. The fees sought will not decrease any distribution to creditors.

DATED: June 19, 2011

NEWARK & NEWARK LAW FIRM

By: /s/ NARRAH F. NEWARK
NARRAH F. NEWARK, ESQ.
Attorney for Debtor(s)
201 Las Vegas Blvd., S., #350
Las Vegas, NV  89101